
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV - 9 2018

TONY R. MOORE, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 18-cr-00245 |
| VS. | : | JUDGE WALTER |
| SALVADOR JULIAN VASQUEZ-ESQUIVEL | : | MAGISTRATE JUDGE KAY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge, [Doc. #29], and in the transcript previously filed herein, [Doc. #30] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [Doc. #25], and concurring with the finding of the Magistrate Judge under applicable law:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **SALVADOR JULIAN VASQUEZ-ESQUIVEL** on November 8, 2018 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

Shreveport, Louisiana this __9th__ day of __November__, 2018.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE